KATHERINE J. HARRIS, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 50433.)

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.